UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-81254-CIV-RYSKAMP/HOPKINS

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 76.110.224.136,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SUBPOENA

THIS CAUSE comes before the Court pursuant to Defendant's motion to modify subpoena, filed February 24, 2014 **[DE 10]**.  It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  The subpoena dated January 13, 2014 is modified to limit the information to be returned to Defendant's name and address.  If the subpoena has been returned to Plaintiff with CF's telephone number, Plaintiff is ordered to refrain from using said number for any purposes.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of March, 2014.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE